JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID ELIAS, | ) | CASE NO. 8:09-CV-1490-JST (MLGx) |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| JANET NAPOLITANO, | ) | |
| Defendant. | ) | |

Defendant's Motion for Summary Judgment came on regularly for hearing on October 3, 2011, before the Honorable Josephine Staton Tucker, United States District Judge. Having considered the filings, evidence presented, memorandum of points and authorities, and the oral argument at the time of the hearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's Motion is granted and judgment is entered in favor of the above-captioned Defendant on all causes of action.

DATED: October 25, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United State District Judge

1