1

JS-6

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**

9                        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   DAVID ELIAS,                          )    CASE NO. 8:09-CV-1490-JST (MLGx)
                                           )
12                     Plaintiff,          )
                                           )
13   vs.                                   )    **JUDGMENT IN A CIVIL CASE**
                                           )
14   JANET NAPOLITANO,                     )
                                           )
15                     Defendant.          )
                                           )
16   _____

17        Defendant's Motion for Summary Judgment came on regularly for hearing on

18   October 3, 2011, before the Honorable Josephine Staton Tucker, United States District

19   Judge. Having considered the filings, evidence presented, memorandum of points and

20   authorities, and the oral argument at the time of the hearing:

21        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's

22   Motion is granted and judgment is entered in favor of the above-captioned Defendant on

23   all causes of action.

24   DATED: October 25, 2011

25

26                                 **JOSEPHINE STATON TUCKER**
                                   JOSEPHINE STATON TUCKER
27                                   United State District Judge

28

1