JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ELIAS, | CASE NO. 8:09-CV-1490-JST (MLGx) |
| Plaintiff, | |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| JANET NAPOLITANO, | |
| Defendant. | |

Defendant's Motion for Summary Judgment came on regularly for hearing on October 3, 2011, before the Honorable Josephine Staton Tucker, United States District Judge. Having considered the filings, evidence presented, memorandum of points and authorities, and the oral argument at the time of the hearing, the Court granted Defendant's Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the above-captioned Defendant on all claims.

DATED: October 27, 2011

**JOSEPHINE STATON TUCKER**
JOSEPHINE STATON TUCKER
United States District Judge

1